IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CV-160-D

| | | |
|---|---|---|
| FARRAR & FARRAR DAIRY, INC., and FARRAR & FARRAR FARMS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| MILLER-ST. NAZIANZ, INC., | ) ) ) | |
| Defendant. | ) | |

On September 1, 2010, the parties filed a joint motion for a court-hosted settlement conference [D.E. 159]. The motion is GRANTED. The court appoints Magistrate Judge Daniel to host the settlement conference. Magistrate Judge Daniel will notify the parties about scheduling.

SO ORDERED. This **1** day of September 2010.

JAMES C. DEVER III
United States District Judge