# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| FARRAR & FARRAR DAIRY, INC., | ) | |
| *on behalf of itself and all others similarly* | ) | |
| *situated,* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| | ) | **CASE NO. 5:06-CV-160-D** |
| MILLER-ST. NAZIANZ, INC., | ) | |
| KLERK'S PLASTIC PRODUCTS | ) | |
| MANUFACTURING, INC., and | ) | |
| HYPLAST NV, | ) | |
| Defendants. | ) | |
| | ) | |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for leave to file a third amended complaint [D.E. 176] is DENIED, Defendant Miller-St. Nazianz, Inc.'s motion for summary judgment is GRANTED [D.E. 149], and Defendant Miller-St. Nazianz, Inc.'s motion to exclude the testimony of plaintiff's expert at trial [D.E. 154] is DENIED as moot.

Defendant HyPlast, NV was dismissed from this action pursuant to Fed.R.Civ.P. 41(a)(1)(ii) Stipulation of Dismissal filed on March 7, 2007 [D.E. 77]. Defendant Klerk's Plastic Products Manufacturing, Inc. was dismissed from this action pursuant to Fed.R.Civ.P. 41(a)(1)(ii) Stipulation of Dismissal filed on March 8, 2007 [D.E. 86].

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 31, 2011** WITH A COPY TO:

Daniel K. Bryson  (via CM/ECF Notice of Electronic Filing)
Nicholas A. Migliaccio (via CM/ECF Notice of Electronic Filing)
R. Thompson Wright (via CM/ECF Notice of Electronic Filing)
David S. Wisz (via CM/ECF Notice of Electronic Filing)
Michael G. Adams (via CM/ECF Notice of Electronic Filing)

March 31, 2011                                              DENNIS P. IAVARONE, Clerk
Date                                                       Eastern District of North Carolina

                                                           /s/ Debby Sawyer
                                                           (By) Deputy Clerk

Raleigh, North Carolina