UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FARRAR & FARRAR DAIRY, INC., ) | |
| and FARRAR & FARRAR FARMS, a ) | |
| North Carolina general partnership, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:06-CV-160-D |
| ) | |
| MILLER-ST. NAZIANZ, INC., ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS in part and DENIES in part the motion for costs [DE-183]. The court DENIES Miller's request for $625.50 for transcripts of Thomas Jeffries's deposition, but awards $9,755.99 in costs to Miller.

**This Judgment Filed and Entered on March 8, 2012, and Copies To:**

Daniel K. Bryson (CM/ECF Notice of Electronic Filing)

Michael G. Adams (CM/ECF Notice of Electronic Filing)
R. Thompson Wright (CM/ECF Notice of Electronic Filing)
Lri R. Keeton (CM/ECF Notice of Electronic Filing)
Scott C. Harris (CM/ECF Notice of Electronic Filing)
Nicholas A. Migliaccio (CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| March 8, 2012 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |