IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CV-160-D

| | |
|---|---|
| FARRAR & FARRAR DAIRY, INC., and FARRAR & FARRAR FARMS, a North Carolina general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> MILLER-ST. NAZIANZ, INC., <br><br> Defendant. | **ORDER** |

On March 16, 2012, plaintiffs filed a motion for reconsideration or, in the alternative, to stay proceedings pending appeal [D.E. 191]. On April 6, 2012, defendant responded in opposition [D.E. 193]. On April 20, 2012, plaintiffs replied [D.E. 194].

On April 27, 2012, the United States Court of Appeals for the Fourth Circuit affirmed this court's decision to enter summary judgment for defendant. See Farrar & Farrar Farms v. Miller-St. Nazianz, Inc., No. 11-1427, 2012 WL 1450426 (4th Cir. Apr. 27, 2012) (per curiam) (unpublished). Thus, the motion to stay proceeding pending appeal is DENIED as moot. As for the motion for reconsideration, it lacks merit. Accordingly, the motion [D.E. 191] is DENIED.

SO ORDERED. This  1  day of May 2012.

JAMES C. DEVER III
Chief United States District Judge